IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR15-4075-MWB |
| | ) | JUDGMENT OF ACQUITTAL |
| FERNANDO JAIMES-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Mark W. Bennett and a jury. The issues having been duly tried, the jury has rendered its verdict of not guilty on Count 1 of the Indictment.

**IT IS ORDERED AND ADJUDGED**

That Defendant, Fernando Jaimes-Martinez, is acquitted as to Count 1 of the Indictment.

APPROVED BY:

Mark W. Bennett
United District Court Judge
Northern District of Iowa

Robert L Phelps
Clerk of Court

/s/ des
By: Deputy Clerk

Dated this 13th day of April, 2016.